119-15

# ELECTRONIC RECORD

| | | | |
|---|---|---|---|
| COA # | 01-12-01115-CR | OFFENSE: | 19.02 (Murder) |
| STYLE: | Jesus Gonzalez v. The State of Texas | COUNTY: | Harris |
| COA DISPOSITION: | AFFIRM | TRIAL COURT: | 177th District Court |
| DATE: 12/18/2014 | Publish: NO | TC CASE #: | 1307888 |

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   Jesus Gonzalez v. The State of Texas

APPELLANT'S _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

refused

DATE: April 15, 2015

JUDGE: pc

CCA #: 119-15

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**